UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW J. CAPUL, DAVID COLON, ERIC R.
RODRIGUEZ, and PETER A. DeBLASIO,



                          Plaintiffs,

-against-                                       19 **CIVIL** 4313 (KPF)

## JUDGMENT

CITY OF NEW YORK, WILLIAM J. BRATTON,
in his individual and official capacities, and
LAWRENCE BYRNE, in his individual and
official capacities,

                          Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 27, 2020, Defendants' motion to dismiss is GRANTED and Plaintiffs' Complaint is dismissed; accordingly, this case is closed.

**Dated:**  New York, New York

          May 28, 2020

                                                         **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                                   **BY:**

                                                         **Deputy Clerk**